UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JOE W. MITCHEM,

       Plaintiff,

v.                                                                                            Case No. 1:14-cv-556
                                                                               Hon. Hugh W. Brenneman, Jr.

COMMISSIONER OF SOCIAL
SECURITY,

       Defendant.
_____/

## **JUDGMENT**

       In accordance with the Opinion filed this date:

       The decision of the Commissioner is **REVERSED** pursuant to sentence four of 42 U.S.C. § 405(g), and the case is **REMANDED** to the Commissioner for further proceedings as outlined in the Opinion.

       **IT IS SO ORDERED.**


Dated:  July 20, 2015                                              /s/ Hugh W. Brenneman, Jr.
                                                                                     HUGH W. BRENNEMAN, JR.
                                                                                     United States Magistrate Judge